```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                              Chapter 7
                                                              Case No.  17-12775 (SMB)
In re MARIA GUTIERREZ,

        Debtor

-------------------------------------------------------x

DAVID A. BELLON,

        Appellant,

   -v-                                                        No. 19 Civ. 10897 (LTS)

WILLIAM K. HARRINGTON, AS UNITED
STATES TRUSTEE,

        Appellee.

-------------------------------------------------------x
```

## ORDER

The Court has received the Motion of Appellee William K. Harrington, United States Trustee for Region 2, to Dismiss Bankruptcy Appeal and to Stay the Briefing Schedule (the "Motion").  (Docket Entry No. 11.)  Any opposition to the Motion must be filed by **February 5, 2020**, and any reply in support of the Motion must be filed by **February 12, 2020**.  Courtesy copies of the opposition and reply must be provided for Chambers at the time of filing.

Briefing of the bankruptcy appeal is stayed pending resolution of the Motion.

SO ORDERED.

Dated: New York, New York
January 23, 2020

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge