```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                              Chapter 7
                                                              Case No.  17-12775 (SMB)
In re MARIA GUTIERREZ,

        Debtor

--------------------------------------------------------x

DAVID A. BELLON,

        Appellant,

    -v-                                                       No. 19 Civ. 10897 (LTS)

WILLIAM K. HARRINGTON, AS UNITED
STATES TRUSTEE,

        Appellee.

--------------------------------------------------------x
```

## ORDER

In light of the pending motion, the initial pretrial conference scheduled for February 21, 2020, is rescheduled to **May 22, 2020, at 11:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       February 11, 2020

                                                  /s/  Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge

CV Order resched conf date pend mot.frm     version 5/22/09