UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re MARIA GUITIERREZ,
                Debtor.
------------------------------------------------------------X
DAVID A. BELLON,

                Appellant,

     -against-

WILLIAM K. HARRINGTON, AS UNITED
STATES TRUSTEE,
                Appellee.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2020

19 **CIVIL** 10897 (LTS)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated May 7, 2020, Appellee's motion to dismiss this interlocutory bankruptcy appeal is granted. The Court lacks jurisdiction to entertain Mr. Bellon's issues at this juncture; accordingly, the case is closed.

**Dated:** New York, New York
         May 7, 2020

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                            BY:
                                                        **Deputy Clerk**